```
 1  Jason Skaggs (Cal. Bar No. 202190)
    The Law Offices of Jason M. Skaggs, Inc.,
 2  PLC
    530 Lytton Avenue
 3  2nd Floor
    Palo Alto, CA 94301
 4  Telephone: (650) 617-3226
    Facsimile: (650) 644-0200
 5
    Attorneys for Defendant
 6  Heartland Automotive Services, Inc.
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FEDERICO RETANA, | ) | ED CV 11-00560-TJH(OPx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER RE STIPULATION OF |
| vs | ) | DISMISSAL |
| | ) | [JS-6] |
| JIFFY LUBE INTERNATIONAL., | ) | |
| et al. | ) | |
| | ) | |
| Defendant. | ) | |

Good cause having been shown, the stipulation of the parties is accepted and it is ordered that this case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), both parties to bear their own costs.

DATED: May 15, 2012

_____
HON. TERRY J. HATTER, JR.
United States District Judge